1  **WO**

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9

10  Chastabear Parker,                    )
                                          )
11              Petitioner,               )      No. CV-16-02404-PHX-PGR (BSB)
                                          )
12       vs.                              )
                                          )      <u>ORDER</u>
13  State of Arizona, et al.,             )
                                          )
14              Respondents.              )
                                          )
15  _____)

16       Having reviewed *de novo* the Report and Recommendation (Doc. 15) of

17  Magistrate Judge Bade notwithstanding that no party has filed any objection to the

18  Report and Recommendation, the Court finds that the Magistrate Judge correctly

19  determined that the petitioner's Request for Bail (Doc. 13) should be denied because

20  the petitioner has failed to establish that he is entitled to be released on bail pending

21  the resolution of his Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C.

22  § 2254.  Therefore,

23       IT IS ORDERED that the Magistrate Judge's Report and Recommendation

24  (Doc. 15) is accepted and adopted by the Court.

25       IT IS FURTHER ORDERED that the petitioner's Motion: Request for Bail

26  /  /  /

1    (Doc. 13) is denied.

2        DATED this 28th day of November, 2016.

3

4    _____
     Paul G. Rosenblatt

5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26